# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Noemi Aviles,                          :
                        Petitioner     :
                                       :
        v.                             :    No. 1961 C.D. 2016
                                       :
Department of Human Services,          :
                        Respondent     :

## **ORDER**

NOW, this 2nd day of November, 2017, upon consideration of Respondent's Motion to Report Opinion, said motion is granted. It is hereby ordered that the opinion filed August 25, 2017 shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.[1]

_____
P. KEVIN BROBSON, Judge

---

[1] The Court filed its opinion and order in this matter before the conclusion of Judge Hearthway's service with the Court. This order is being signed by Judge Brobson, the presiding judge of the panel, because respondent filed the motion to report opinion after the conclusion of Judge Hearthway's service.